UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRETT RICHARD DAILEY,

      Petitioner,                                               Case No.  2:11-CV-321

v.                                                            HON. GORDON J. QUIST

THOMAS MACKIE,

      Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the magistrate judge on June 3, 2014, which was served on Petitioner that same day. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed June 3, 2014 (dkt. # 14), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.

Dated: July 10, 2014                                           /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE